BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| MATTHEW MURPHY, | ) | No. 2:14-cv-01634-DAD |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME** |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her motion for summary judgment.  Defendant respectfully requests this additional time because of a heavy workload despite due diligence.

/////

/////

/////

1

The new due date for Defendant's motion for summary judgment will be Friday, July 17, 2015.

                                        Respectfully submitted,

Date: *June 17, 2015*                JESSE S. KAPLAN

                              By:    */s/ Jesse S. Kaplan\**
                                         JESSE S. KAPLAN
                                           *\* By email authorization on June 16, 2015*
                                           Attorney for Plaintiff

Date: *June 17, 2015*                BENJAMIN B. WAGNER
                                           United States Attorney

                              By:    */s/ Jeffrey Chen*
                                           JEFFREY CHEN
                                           Special Assistant United States Attorney
                                           Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  June 18, 2015

                                           DALE A. DROZD
                                           UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec
murphy1634.stip.eot.ord.doc