BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
     Social Security Administration
     160 Spear Street, Suite 800
     San Francisco, CA  94105
     Telephone: (415) 977-8939
     Facsimile: (415) 744-0134
     Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW MURPHY, | ) No. 2:14-cv-01634-DAD |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER FOR A** |
| | ) **SECOND EXTENSION OF TIME FOR** |
| v. | ) **DEFENDANT TO FILE HER MOTION** |
| | ) **FOR SUMMARY JUDGMENT** |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 30 days to file her motion for summary judgment.  Defendant respectfully requests this additional time because of a heavy workload and because of a preplanned vacation for the remainder of July.

1

1    The new due date for Defendant's motion for summary judgment will be Monday,

2  August 17, 2015.

3

4                                              Respectfully submitted,

5  Date: _July 29. 2015_                        JESSE S. KAPLAN

6                               By:    _/s/ Jesse S. Kaplan*_____
                                       JESSE S. KAPLAN
7                                      *_By email authorization on July 29, 2015_
                                       Attorney for Plaintiff
8

9  Date: _July 29, 2015_                        BENJAMIN B. WAGNER
                                               United States Attorney
10

11                              By:    _/s/ Jeffrey Chen_____
                                       JEFFREY CHEN
12                                     Special Assistant United States Attorney
                                       Attorneys for Defendant
13

14

15

16

17                                   **ORDER**

18

19    Pursuant to the parties' stipulation, IT IS SO ORDERED.

20  Dated:  July 30, 2015

21

22                                     _____
                                       DALE A. DROZD
23  Ddad1\orders.soc sec               UNITED STATES MAGISTRATE JUDGE
    murphy1634.stip.eot.ord2.doc
24

25

26

27

28

                                          2