BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| MATTHEW MURPHY, | ) | No. 2:14-cv-01634-DAD |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER FOR A** |
| | ) | **THIRD EXTENSION OF TIME FOR** |
| v. | ) | **DEFENDANT TO FILE HER MOTION** |
| | ) | **FOR SUMMARY JUDGMENT** |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a third extension of time of 30 days to file her motion for summary judgment.  Defendant respectfully requests this additional time because of a heavy workload and because of a upcoming ten day vacation around Labor Day.

/////

/////

/////

1

The new due date for Defendant's motion for summary judgment will be Wednesday, September 16, 2015.

Respectfully submitted,

Date: *September 2, 2015*     JESSE S. KAPLAN

By:  */s/ Jesse S. Kaplan**
JESSE S. KAPLAN
* *By email authorization on Sept. 2, 2015*
Attorney for Plaintiff

Date: *September 2, 2015*     BENJAMIN B. WAGNER
United States Attorney

By:  */s/ Jeffrey Chen*
JEFFREY CHEN
Special Assistant United States Attorney
Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  September 3, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec
murphy1634.stip.eot.ord3.doc