JESSE S. KAPLAN   CSB#103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
916/488-3030
916/489-9297 fax

Attorney for Plaintiff
MATTHEW MURPHY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| MATTHEW MURPHY, | No.   2:14-cv-01634-DAD |
| Plaintiff, | |
| | STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| v. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief is extended to October 16, 2015.

This is the first extension.

Dated: October 9, 2015                           */s/   Jesse S. Kaplan*
                                                 JESSE S. KAPLAN
                                                 Attorney for Plaintiff

1

Dated: October 9, 2015                         /s/ per e-mail authorization

                                              JEFFREY CHEN
                                              Special Assistant U.S. Attorney
                                              Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  October 15, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec
murphy1634.stip.eot.ord.docx

2